UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CLAY RICHARD GASWAY and ) | Case No. 25-04341-JJG-7 |
| REBECCA LEE GASWAY, ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Kay Dee Baird of the law firm of Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, IN 46204-2079, hereby enters her appearance on behalf of Leadership in Flight Training Academy, LLC, creditor, and requests to be added to the electronic service matrix for all pleadings and documents filed in this case. Her email address is kbaird@kdlegal.com.

Dated: August 28, 2025                    Respectfully submitted,

/s/ Kay Dee Baird
Kay Dee Baird, Atty No. 28821-73
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Ph: (317)636-4341
Fax: (317)636-1507
Email: kbaird@kdlegal.com

*Attorney for Leadership in Flight Training Academy, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

      /s/ Kay Dee Baird
      Kay Dee Baird